AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pollak, Cheryl L. | 2. Court or Organization<br><br>U.S. District Court, E.D.N.Y. | 3. Date of Report<br><br>12/19/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (Full-Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Morgan Lewis & Bockius - partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan, Lewis & Bockius Defined Contribution Plan | A | Interest | P1 | T | | | | | |
| 2. - William Blair International Growth Fund - Class I | | | | | | | | | |
| 3. - Dodge & Cox International Stock Fund | | | | | | | | | |
| 4. - DFA US Small Cap Portfolio; Class I | | | | | | | | | |
| 5. - Goldman Sachs Global Income Fund Institutional Shares | | | | | | | | | |
| 6. Morgan Lewis & Bockius Tax Saver Retirement Plan | A | Interest | O | T | | | | | |
| 7. - Conestoga Small Cap Fund - Institutional Class | | | | | | | | | |
| 8. - Royce Opp. Fund - Institutional Shares | | | | | | | | | |
| 9. - Vanguard Institutional Index Fund | | | | | | | | | |
| 10. - Vanguard Admiral Growth Fund | | | | | | | | | |
| 11. - Vanguard Winter 2 Admiral Fund | | | | | | | | | |
| 12. - Vanguard Prime Money Market Fund - Institutional Shares | | | | | | | | | |
| 13. - Vanguard Total Bound Market - Joint Shares | | | | | | | | | |
| 14. - William Blair International Growth Fund - Class I | | | | | | | | | |
| 15. - Goldman Sachs Global Income Fund Institutional Shares | | | | | | | | | |
| 16. Vanguard 500 Index Fund (no control) | A | Interest | O | T | | | | | |
| 17. Rental Property Kiawah Island, SC (2010 $1.8 million) | E | Rent | P1 | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AB Discovery Growth Fund | A | Dividend | K | T | | | | | |
| 19. AB Discovery Value Fund | A | Dividend | K | T | | | | | |
| 20. Abercrombie & Fitch Co. | A | Dividend | | | Buy | 08/06/13 | J | | |
| 21. Abercrombie & Fitch Co. | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 22. Affiliated Managers Group | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 23. Allergan Inc. | A | Dividend | J | T | Buy | 05/01/13 | J | | |
| 24. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 25. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 05/24/13 | J | | |
| 26. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 07/15/13 | J | | |
| 27. Allergan Inc. | A | Dividend | J | T | Buy (add'l) | 07/24/13 | J | | |
| 28. Allergan Inc. | A | Dividend | J | T | Sold (part) | 09/19/13 | J | B | |
| 29. Allergan Inc. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 30. Allergan Inc. | A | Dividend | J | T | Sold (part) | 12/03/13 | J | B | |
| 31. AllianceBernstein Multi-manager Alternative Fund | A | Dividend | N | T | Buy | 02/01/13 | N | | |
| 32. Amazon.com Inc. | A | Dividend | K | T | Buy (add'l) | 06/03/13 | J | | |
| 33. AMDOCS Ltd. | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 34. AMDOCS Ltd. | A | Dividend | J | T | Buy (add'l) | 05/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMDOCS Ltd. | A | Dividend | J | T | Buy (add'l) | 05/21/13 | J | | |
| 36. AMDOCS Ltd. | A | Dividend | J | T | Buy (add'l) | 10/21/13 | J | | |
| 37. American Express Co. | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 38. American Express Co. | A | Dividend | J | T | Buy (add'l) | 05/17/13 | J | | |
| 39. American Express Co. | A | Dividend | J | T | Buy (add'l) | 06/28/13 | J | | |
| 40. American Express Co. | A | Dividend | J | T | Buy (add'l) | 08/26/13 | J | | |
| 41. American Express Co. | A | Dividend | J | T | Buy (add'l) | 09/17/13 | J | | |
| 42. American Express Co. | A | Dividend | J | T | Buy (add'l) | 09/18/13 | J | | |
| 43. American International Group | A | Dividend | J | T | Buy | 04/24/13 | J | | |
| 44. American International Group | A | Dividend | J | T | Buy (add'l) | 05/06/13 | J | | |
| 45. American International Group | A | Dividend | J | T | Buy (add'l) | 05/07/13 | J | | |
| 46. American International Group | A | Dividend | J | T | Buy (add'l) | 06/06/13 | J | | |
| 47. Amgen Inc. | A | Dividend | | | Sold | 05/20/13 | J | A | |
| 48. Amphenol Corp. | A | Dividend | J | T | Buy | 11/07/13 | J | | |
| 49. Amphenol Corp. | A | Dividend | J | T | Buy (add'l) | 11/15/13 | J | | |
| 50. Ansys Inc. | A | Dividend | J | T | Buy (add'l) | 04/29/13 | J | | |
| 51. Anysis Inc. | A | Dividend | J | T | Buy (add'l) | 05/20/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Anysis Inc. | A | Dividend | J | T | Buy (add'l) | 09/05/13 | J | | |
| 53. Aon | A | Dividend | J | T | Buy | 09/26/13 | J | | |
| 54. Aon | A | Dividend | J | T | Buy (add'l) | 09/30/13 | J | | |
| 55. Apple Inc. | A | Dividend | K | T | Sold (part) | 01/18/13 | J | E | |
| 56. Apple Inc. | A | Dividend | K | T | Sold (part) | 07/01/13 | J | E | |
| 57. Apple Inc. | A | Dividend | K | T | Sold (part) | 09/17/13 | J | E | |
| 58. Apple Inc. | A | Dividend | K | T | Sold (part) | 09/27/13 | J | E | |
| 59. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 12/03/13 | J | | |
| 60. Applied Materials Inc. | A | Dividend | | | Sold (part) | 05/07/13 | J | A | |
| 61. Applied Materials Inc. | A | Dividend | | | Sold (part) | 08/08/13 | J | A | |
| 62. Applied Materials Inc. | A | Dividend | | | Sold | 09/03/13 | J | A | |
| 63. Artisan Int'l Fund | A | Dividend | M | T | Buy | 01/23/13 | J | | |
| 64. Artisan Int'l Fund | A | Dividend | M | T | Buy (add'l) | 11/21/13 | J | | |
| 65. Assurant Inc. | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 66. Astrazeneca | A | Dividend | | | Sold (part) | 02/12/13 | J | A | |
| 67. Astrazeneca | A | Dividend | | | Sold (part) | 03/22/13 | J | A | |
| 68. Astrazeneca | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Astrazeneca | A | Dividend | | | Sold (part) | 05/20/13 | J | A | |
| 70. Astrazeneca | A | Dividend | | | Sold | 06/21/13 | J | A | |
| 71. AT&T Inc. | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 72. AT&T Inc. | A | Dividend | J | T | Sold (part) | 05/13/13 | J | A | |
| 73. Bank of America | A | Dividend | K | T | Buy (add'l) | 02/08/13 | J | | |
| 74. Bank of America | A | Dividend | K | T | Buy (add'l) | 02/15/13 | J | | |
| 75. Bank of America - CD (formerly Citibank NA - CD) | A | Interest | M | T | | | | | |
| 76. BB&T Corp. | A | Dividend | | | Sold (part) | 01/10/13 | J | A | |
| 77. BB&T Corp. | A | Dividend | | | Sold | 02/12/13 | J | A | |
| 78. Becton Dickinson & Co. | A | Dividend | J | T | Sold (part) | 08/02/13 | J | C | |
| 79. Becton Dickinson & Co. | A | Dividend | J | T | Sold (part) | 09/03/13 | J | C | |
| 80. Berkshire Hathaway Inc. | A | Dividend | K | T | Sold (part) | 08/12/13 | J | A | |
| 81. Berkshire Hathaway Inc. | A | Dividend | K | T | Sold (part) | 09/20/13 | J | A | |
| 82. Bernstein Emerging Markets Portfolio | A | Dividend | K | T | Buy (add'l) | 12/10/13 | J | | |
| 83. Bernstein International Portfolio | B | Dividend | M | T | Sold (part) | 01/29/13 | J | A | |
| 84. Bernstein International Portfolio | B | Dividend | M | T | Buy (add'l) | 12/10/13 | J | | |
| 85. Bernstein International Portfolio | B | Dividend | M | T | Buy (add'l) | 12/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 01/18/13 | J | | |
| 87. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 01/22/13 | J | | |
| 88. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Sold (part) | 01/29/13 | J | D | |
| 89. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 02/20/13 | J | | |
| 90. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 03/20/13 | J | | |
| 91. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 04/19/13 | J | | |
| 92. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 05/20/13 | J | | |
| 93. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 06/20/13 | J | | |
| 94. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 07/19/13 | J | | |
| 95. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 08/20/13 | J | | |
| 96. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 09/20/13 | J | | |
| 97. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 09/26/13 | J | | |
| 98. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 09/27/13 | J | | |
| 99. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 10/18/13 | J | | |
| 100. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 11/20/13 | J | | |
| 101. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 12/20/13 | J | | |
| 102. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 12/10/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Sold (part) | 12/30/13 | L | D | |
| 104. Bernstein Tax-Aware Overlay A Portfolio Class A - (no control) | B | Dividend | N | T | Sold (part) | 01/29/13 | K | F | |
| 105. Bernstein Tax-Aware Overlay N Portfolio Class 1 ((no control) | D | Dividend | P1 | T | Buy (add'l) | 12/17/13 | J | | |
| 106. Biogen Idec Inc. | A | Dividend | K | T | Sold (part) | 09/05/13 | J | D | |
| 107. Biogen Idec Inc. | A | Dividend | K | T | Sold (part) | 09/26/13 | J | D | |
| 108. Blackrock Global Allocations Fd Inc. | A | Dividend | L | T | | | | | |
| 109. Boeing Co. | A | Dividend | K | T | Buy | 05/10/13 | J | | |
| 110. Boeing Co. | A | Dividend | K | T | Buy (add'l) | 05/21/13 | J | | |
| 111. Boeing Co. | A | Dividend | K | T | Buy (add'l) | 05/24/13 | J | | |
| 112. BP | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 113. Campbell Soup Co. | A | Dividend | | | Buy | 04/03/13 | J | | |
| 114. Campbell Soup Co. | A | Dividend | | | Sold (part) | 05/17/13 | J | A | |
| 115. Campbell Soup Co. | A | Dividend | | | Sold (part) | 06/07/13 | J | A | |
| 116. Campbell Soup Co. | A | Dividend | | | Buy (add'l) | 09/03/13 | J | | |
| 117. Campbell Soup Co. | A | Dividend | | | Buy (add'l) | 10/09/13 | J | | |
| 118. Campbell Soup Co. | A | Dividend | | | Sold (part) | 10/28/13 | J | A | |
| 119. Campbell Soup Co. | A | Dividend | | | Sold | 11/13/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Capital One Financial Corp. | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 121. CBS Corp. | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 122. CBS Corp. | A | Dividend | J | T | Buy (add'l) | 07/16/13 | J | | |
| 123. Celgene Corp. | A | Dividend | J | T | Buy | 03/22/13 | J | | |
| 124. Celgene Corp. | A | Dividend | J | T | Buy (add'l) | 03/26/13 | J | | |
| 125. Celgene Corp. | A | Dividend | J | T | Buy (add'l) | 07/01/13 | J | | |
| 126. Celgene Corp. | A | Dividend | J | T | Buy (add'l) | 07/16/13 | J | | |
| 127. Chevron Corp. | A | Dividend | J | T | Sold (part) | 08/23/13 | J | A | |
| 128. Chevron Corp. | A | Dividend | J | T | Buy (add'l) | 11/18/13 | J | | |
| 129. Chipotle Mexican Grill | A | Dividend | J | T | Sold (part) | 02/08/13 | J | C | |
| 130. Chipotle Mexican Grill | A | Dividend | J | T | Sold (part) | 03/07/13 | J | C | |
| 131. Chubb Corp. | A | Dividend | J | T | Buy | 03/22/13 | J | | |
| 132. Chubb Corp. | A | Dividend | J | T | Buy (add'l) | 03/26/13 | J | | |
| 133. Chubb Corp. | A | Dividend | J | T | Buy (add'l) | 06/14/13 | J | | |
| 134. Cintas Corp. | A | Dividend | K | T | | | | | |
| 135. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 04/05/13 | J | B | |
| 136. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 11/18/13 | J | B | |
| 138. Cit Group Inc. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | C | |
| 139. Citibank-Checking | B | Interest | K | T | | | | | |
| 140. Citibank Insured Money Mkt Acct. | A | Interest | J | T | | | | | |
| 141. Citibank Insured Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 142. Citibank Insured Money Mkt Acct. | A | Interest | J | T | | | | | |
| 143. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 144. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 145. Citigroup Inc. | A | Dividend | K | T | Sold (part) | 01/11/13 | J | D | |
| 146. Citigroup Inc. | A | Dividend | K | T | Sold (part) | 02/26/13 | J | D | |
| 147. Citigroup Inc. | A | Dividend | K | T | Sold (part) | 03/21/13 | J | D | |
| 148. Citrix Systems Inc. | A | Dividend | | | Buy (add'l) | 01/07/13 | J | | |
| 149. Citrix Systems Inc. | A | Dividend | | | Sold (part) | 02/08/13 | J | A | |
| 150. Citrix Systems Inc. | A | Dividend | | | Sold (part) | 03/05/13 | J | A | |
| 151. Citrix Sytems Inc. | A | Dividend | | | Sold (part) | 07/01/13 | J | A | |
| 152. Citrix Sytems Inc. | A | Dividend | | | Sold (part) | 07/02/13 | J | A | |
| 153. Citrix Sytems Inc. | A | Dividend | | | Sold (part) | 07/19/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Citrix Sytems Inc. | A | Dividend | | | Sold | 11/14/13 | J | A | |
| 155. Clearbridge Appreciation Fund | B | Dividend | M | T | | | | | |
| 156. Coach Inc. | A | Dividend | | | Sold (part) | 02/01/13 | J | A | |
| 157. Coach Inc. | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 158. Cognizant Tech Solutions | A | Dividend | K | T | Buy (add'l) | 02/08/13 | J | | |
| 159. Cognizant Tech Solutions | A | Dividend | K | T | Buy (add'l) | 04/30/13 | J | | |
| 160. Cognizant Tech Solutions | A | Dividend | K | T | Buy (add'l) | 05/09/13 | J | | |
| 161. Cognizant Tech Solutions | A | Dividend | K | T | Buy (add'l) | 05/28/13 | J | | |
| 162. Cognizant Tech Solutions | A | Dividend | K | T | Sold (part) | 09/26/13 | J | C | |
| 163. Cognizant Tech Solutions | A | Dividend | K | T | Sold (part) | 10/15/13 | J | C | |
| 164. Comcast Corp. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | D | |
| 165. Conagra Foods Inc. | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 166. Conagra Foods Inc. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 167. Conagra Foods, Inc. | A | Dividend | J | T | Buy (add'l) | 10/31/13 | J | | |
| 168. Conagra Foods, Inc. | A | Dividend | J | T | Buy (add'l) | 11/01/13 | J | | |
| 169. Costco Wholesale Corp. | A | Dividend | J | T | Buy | 05/30/13 | J | | |
| 170. Costco Wholesale Corp. | A | Dividend | J | T | Buy (add'l) | 06/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Costco Wholesale Corp. | A | Dividend | J | T | Buy (add'l) | 10/18/13 | J | | |
| 172. Costco Wholesale Corp. | A | Dividend | J | T | Buy (add'l) | 10/25/13 | J | | |
| 173. Costco Wholesale Corp. | A | Dividend | J | T | Buy (add'l) | 11/21/13 | J | | |
| 174. Crane Co. | A | Dividend | K | T | | | | | |
| 175. CST Brands Inc. | A | Dividend | | | Sold | 05/03/13 | J | A | |
| 176. CVS / Caremark Corp. | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 177. CVS / Caremark Corp. | A | Dividend | J | T | Buy (add'l) | 12/06/13 | J | | |
| 178. Danaher Corp. | A | Dividend | K | T | Buy (add'l) | 07/15/13 | J | | |
| 179. Davis NY Venture Fund - Mutual Fund | A | Dividend | M | T | Sold (part) | 01/03/13 | J | A | |
| 180. Delta Air Lines, Inc. | A | Dividend | | | Sold (part) | 01/23/13 | J | A | |
| 181. Delta Air Lines, Inc. | A | Dividend | | | Sold (part) | 03/21/13 | J | A | |
| 182. Delta Air Lines, Inc. | A | Dividend | | | Sold (part) | 09/26/13 | J | A | |
| 183. Delta Air Lines, Inc. | A | Dividend | | | Sold (part) | 10/10/13 | J | A | |
| 184. Delta Air Lines, Inc. | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 185. Diamond Offshore Drilling | A | Dividend | | | Sold (part) | 04/16/13 | J | A | |
| 186. Diamond Offshore Drilling | A | Dividend | | | Sold | 08/26/13 | J | A | |
| 187. DIRECTV | A | Dividend | | | Sold | 02/27/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Discover Financial Services | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 189. Dreyfus Liquid Assets | A | Interest | J | T | | | | | |
| 190. Duke Energy | A | Dividend | J | T | | | | | |
| 191. Eaton Corp. | A | Dividend | J | T | Sold (part) | 08/15/13 | J | C | |
| 192. Ebay Inc. | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 193. Ebay Inc. | A | Dividend | J | T | Buy (add'l) | 03/19/13 | J | | |
| 194. Ebay Inc. | A | Dividend | J | T | Sold (part) | 11/21/13 | J | B | |
| 195. Electronic Arts Inc. | A | Dividend | J | T | Buy | 05/28/13 | J | | |
| 196. Electronic Arts Inc. | A | Dividend | J | T | Buy (add'l) | 11/01/13 | J | | |
| 197. Electronic Arts Inc. | A | Dividend | J | T | Buy (add'l) | 11/06/13 | J | | |
| 198. EMC Corp/Mass | A | Dividend | | | Buy | 07/25/13 | J | | |
| 199. EMC Corp/Mass | A | Dividend | | | Buy (add'l) | 07/30/13 | J | | |
| 200. EMC Corp/Mass | A | Dividend | | | Buy (add'l) | 08/26/13 | J | | |
| 201. EMC Corp/Mass | A | Dividend | | | Sold (part) | 10/16/13 | J | A | |
| 202. EMC Corp/Mass | A | Dividend | | | Sold | 10/24/13 | J | A | |
| 203. Empire State Municipal Exempt Fund | A | Interest | J | T | | | | | |
| 204. EOG RES Inc. | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  EOG RES Inc. | A | Dividend | J | T | Sold (part) | 07/25/13 | J | A | |
| 206.  EOG RES Inc. | A | Dividend | J | T | Sold (part) | 09/09/13 | J | A | |
| 207.  EOG RES Inc. | A | Dividend | J | T | Sold (part) | 10/04/13 | J | A | |
| 208.  Everest RE Group Ltd. | A | Dividend | J | T | Buy | 01/04/13 | J | | |
| 209.  Everest RE Group Ltd. | A | Dividend | J | T | Buy (add'l) | 03/04/13 | J | | |
| 210.  Everest RE Group Ltd. | A | Dividend | J | T | Sold (part) | 05/23/13 | J | C | |
| 211.  Exelon | A | Dividend | K | T | | | | | |
| 212.  Express Scripts Holdings Co. | A | Dividend | J | T | | | | | |
| 213.  Exxon Mobil Corp. | A | Dividend | | | Sold (part) | 02/08/13 | J | A | |
| 214.  Exxon Mobil Corp. | A | Dividend | | | Buy (add'l) | 03/12/13 | J | | |
| 215.  Exxon Mobil Corp. | A | Dividend | | | Sold (part) | 04/12/13 | J | A | |
| 216.  Exxon Mobil Corp. | A | Dividend | | | Sold (part) | 07/16/13 | J | A | |
| 217.  Exxon Mobil Corp. | A | Dividend | | | Sold | 09/12/13 | J | A | |
| 218.  F5 Networks Inc. | A | Dividend | | | Buy (add'l) | 02/08/13 | J | | |
| 219.  F5 Networks Inc. | A | Dividend | | | Sold (part) | 03/15/13 | J | A | |
| 220.  F5 Networks Inc. | A | Dividend | | | Sold (part) | 06/06/13 | J | A | |
| 221.  F5 Networks Inc. | A | Dividend | | | Sold | 06/12/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Fedex Corp. | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 223. Fidelity National Financial | A | Dividend | | | Sold (part) | 10/18/13 | J | C | |
| 224. Fidelity National Financial | A | Dividend | | | Sold | 10/24/13 | J | C | |
| 225. Fidelity National Information | A | Dividend | J | T | | | | | |
| 226. Fiserv Inc. | A | Dividend | J | T | Buy (add'l) | 01/08/13 | J | | |
| 227. Fiserv Inc. | A | Dividend | J | T | Buy (add'l) | 05/21/13 | J | | |
| 228. Fiserv Inc. | A | Dividend | J | T | Sold (part) | 07/15/13 | J | B | |
| 229. Ford Motor Co. | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 230. Gamestop Corp. | A | Dividend | J | T | Buy | 02/11/13 | J | | |
| 231. Gamestop Corp. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 232. Gannett Co. | A | Dividend | J | T | Buy | 10/14/13 | J | | |
| 233. General Electric Co. | A | Dividend | | | Sold (part) | 07/16/13 | J | A | |
| 234. General Electric Co. | A | Dividend | | | Sold (part) | 08/19/13 | J | A | |
| 235. General Electric Co. | A | Dividend | | | Sold | 08/26/13 | J | A | |
| 236. General Motors Corp. | A | Dividend | J | T | Buy | 12/17/13 | J | | |
| 237. Genworth Financial Inc. | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 238. Gilead Sciences Inc. | A | Dividend | J | T | Buy | 06/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Gilead Sciences Inc. | A | Dividend | J | T | Buy (add'l) | 06/13/13 | J | | |
| 240. Gilead Sciences Inc. | A | Dividend | J | T | Buy (add'l) | 11/15/13 | J | | |
| 241. GP Strategies Corp. | | None | J | T | | | | | |
| 242. Goldman Sachs Group Inc. | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 243. Google Inc. | A | Dividend | K | T | Sold (part) | 03/15/13 | J | E | |
| 244. Google Inc. | A | Dividend | K | T | Sold (part) | 09/17/13 | J | E | |
| 245. Google Inc. | A | Dividend | K | T | Sold (part) | 09/26/13 | J | E | |
| 246. GW&K Small Cap | A | Dividend | N | T | Buy | 01/23/13 | J | | |
| 247. GW&K Small Cap | A | Dividend | N | T | Buy (add'l) | 12/26/13 | J | | |
| 248. Halliburton Co. | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 249. Harding Loevner | A | Dividend | M | T | Buy | 01/25/13 | J | | |
| 250. Harding Loevner | A | Dividend | M | T | Buy (add'l) | 12/20/13 | J | | |
| 251. Harley Davidson Inc. | A | Dividend | | | Buy (add'l) | 02/08/13 | J | | |
| 252. Harley Davidson Inc. | A | Dividend | | | Sold (part) | 06/06/13 | J | A | |
| 253. Harley Davidson Inc. | A | Dividend | | | Sold (part) | 06/10/13 | J | A | |
| 254. Harley Davidson Inc. | A | Dividend | | | Sold (part) | 07/09/13 | J | A | |
| 255. Harley Davidson Inc. | A | Dividend | | | Sold | 07/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Harris Corp. | A | Dividend | | | Buy (add'l) | 01/07/13 | J | | |
| 257. Harris Corp. | A | Dividend | | | Sold (part) | 02/11/13 | J | A | |
| 258. Harris Corp. | A | Dividend | | | Sold | 03/25/13 | J | A | |
| 259. Hasbro Inc. | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 260. Health Net Inc. | A | Dividend | J | T | Sold (part) | 05/21/13 | J | A | |
| 261. Health Net Inc. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | A | |
| 262. Hess Corp. | A | Dividend | J | T | Buy | 10/15/13 | J | | |
| 263. Hess Corp. | A | Dividend | J | T | Buy (add'l) | 11/01/13 | J | | |
| 264. Hewlett Packard Co. | A | Dividend | K | T | Sold (part) | 02/08/13 | J | A | |
| 265. Hewlett Packard Co | A | Dividend | K | T | Sold (part) | 09/26/13 | J | A | |
| 266. Hewlett Packard Co. | A | Dividend | K | T | Sold (part) | 11/20/13 | J | A | |
| 267. Idexx Labs Corp. | A | Dividend | | | Sold (part) | 03/19/13 | J | A | |
| 268. Idexx Labs Corp. | A | Dividend | | | Sold (part) | 03/22/13 | J | A | |
| 269. Idexx Labs Corp. | A | Dividend | | | Sold (part) | 04/02/13 | J | A | |
| 270. Idexx Labs Corp. | A | Dividend | | | Sold (part) | 04/23/13 | J | A | |
| 271. Idexx Labs Corp. | A | Dividend | | | Sold (part) | 04/24/13 | J | A | |
| 272. Idexx Labs Corp. | A | Dividend | | | Sold | 06/12/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Illinois Tool Works | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 274. Illinois Tool Works | A | Dividend | J | T | Buy (add'l) | 05/07/13 | J | | |
| 275. Illinois Tool Works | A | Dividend | J | T | Buy (add'l) | 05/08/13 | J | | |
| 276. Intercontinentalexchange Inc. | A | Dividend | K | T | Sold (part) | 09/20/13 | J | D | |
| 277. Intercontinentalexchange Inc. | A | Dividend | K | T | Sold (part) | 09/26/13 | J | D | |
| 278. Interferon Sciences, Inc. | | None | J | T | | | | | |
| 279. Int'l. Business Machines Corp. | A | Dividend | K | T | Sold (part) | 01/09/13 | J | A | |
| 280. Int'l. Business Machines Corp. | A | Dividend | K | T | Buy (add'l) | 03/25/13 | J | | |
| 281. Int'l. Business Machines Corp. | A | Dividend | K | T | Buy (add'l) | 03/26/13 | J | | |
| 282. Int'l. Business Machines Corp. | A | Dividend | K | T | Buy (add'l) | 12/16/13 | J | | |
| 283. Intuit Inc. | A | Dividend | | | Buy (add'l) | 02/11/13 | J | | |
| 284. Intuit Inc. | A | Dividend | | | Sold | 05/09/13 | J | A | |
| 285. Intuitive Surgical Inc. | A | Dividend | | | Buy (add'l) | 02/19/13 | J | | |
| 286. Intuitive Surgical Inc. | A | Dividend | | | Buy (add'l) | 05/07/13 | J | | |
| 287. Intuitive Surgical Inc. | A | Dividend | | | Buy (add'l) | 06/04/13 | J | | |
| 288. Intuitive Surgical Inc. | A | Dividend | | | Buy (add'l) | 07/19/13 | J | | |
| 289. Intuitive Surgical Inc. | A | Dividend | | | Sold (part) | 10/30/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Intuitive Surgical Inc. | A | Dividend | | | Sold | 12/05/13 | J | A | |
| 291. Investment Company of America - Mutual Fund (American Fund) | A | Dividend | M | T | | | | | |
| 292. IRA-Citibank-CD | A | Interest | J | T | | | | | |
| 293. IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 294. IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 295. JM Smucker Co. | A | Dividend | J | T | Buy (add'l) | 02/11/13 | J | | |
| 296. JM Smucker Co. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 297. JM Smucker Co. | A | Dividend | J | T | Buy (add'l) | 10/02/13 | J | | |
| 298. Johnson & Johnson | A | Dividend | L | T | Sold (part) | 06/17/13 | J | D | |
| 299. Johnson & Johnson | A | Dividend | L | T | Buy (add'l) | 10/29/13 | J | | |
| 300. JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 05/13/13 | J | B | |
| 301. JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 07/16/13 | J | | |
| 302. JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 303. JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 10/18/13 | J | B | |
| 304. Kinder Morgan Inc. | A | Dividend | J | T | Buy (add'l) | 05/21/13 | J | | |
| 305. Kinder Morgan Inc. | A | Dividend | J | T | Buy (add'l) | 07/15/13 | J | | |
| 306. Kinder Morgan Inc. | A | Dividend | J | T | Buy (add'l) | 07/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Kinder Morgan Inc. | A | Dividend | J | T | Sold (part) | 10/04/13 | J | A | |
| 308. Kinder Morgan Inc. | A | Dividend | J | T | Sold (part) | 10/18/13 | J | A | |
| 309. Kinder Morgan Inc. | A | Dividend | J | T | Sold (part) | 12/02/13 | J | A | |
| 310. Kraft Food Group Inc. | A | Dividend | J | T | Buy (add'l) | 01/07/13 | J | | |
| 311. Kraft Food Group Inc. | A | Dividend | J | T | Sold (part) | 08/05/13 | J | B | |
| 312. Kroger Co. | A | Dividend | K | T | Sold (part) | 05/06/13 | J | D | |
| 313. Kroger Co. | A | Dividend | K | T | Sold (part) | 06/07/13 | J | D | |
| 314. Kroger Co. | A | Dividend | K | T | Sold (part) | 09/23/13 | J | D | |
| 315. Legg Mason Clearbridge Appreciation Fund | B | Dividend | M | T | | | | | |
| 316. Legg Mason Inc. | A | Dividend | K | T | | | | | |
| 317. Liberty Media Corp. | A | Dividend | J | T | | | | | |
| 318. Lincoln National Corp. | A | Dividend | J | T | Buy | 08/27/13 | J | | |
| 319. Lincoln National Corp. | A | Dividend | J | T | Buy (add'l) | 10/25/13 | J | | |
| 320. Lincoln National Corp. | A | Dividend | J | T | Buy (add'l) | 11/07/13 | J | | |
| 321. Lincoln National Corp. | A | Dividend | J | T | Buy (add'l) | 11/27/13 | J | | |
| 322. Lincoln National Corp. | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | |
| 323. Linkedin Corp. | A | Dividend | J | T | Sold (part) | 04/19/13 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Lord Abbott Equity Fund | A | Dividend | J | T | | | | | |
| 325. LMP Real Estate Income | A | Dividend | J | T | | | | | |
| 326. LMP Stk Appr. Fund | A | Dividend | J | T | | | | | |
| 327. Lyondellbasell | A | Dividend | J | T | | | | | |
| 328. Macy's Inc. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | C | |
| 329. Macy's Inc. | A | Dividend | J | T | Sold (part) | 10/16/13 | J | C | |
| 330. Marathon Petroleum Corp, | A | Dividend | J | T | Buy | 03/15/13 | J | | |
| 331. Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 03/19/13 | J | | |
| 332. Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 05/06/13 | J | | |
| 333. Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 05/07/13 | J | | |
| 334. Marathon Petroleum Corp, | A | Dividend | J | T | Sold (part) | 09/26/13 | J | A | |
| 335. Marathon Petroleum Corp, | A | Dividend | J | T | Sold (part) | 10/30/13 | J | A | |
| 336. Marathon Petroleum Corp, | A | Dividend | J | T | Buy (add'l) | 12/20/13 | J | | |
| 337. Marsh & McLennan Cos. Inc. | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 338. Marsh & McLennan Cos. Inc. | A | Dividend | | | Sold | 02/11/13 | J | A | |
| 339. McDonald's Corp. | A | Dividend | J | T | Sold (part) | 10/23/13 | J | A | |
| 340. McKesson Corp. | A | Dividend | | | Sold (part) | 03/08/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. McKesson Corp. | A | Dividend | | | Sold (part) | 03/11/13 | J | A | |
| 342. McKesson Corp. | A | Dividend | | | Sold | 06/03/13 | J | A | |
| 343. Mead Johnson Nutrition Co. | A | Dividend | J | T | Buy | 12/09/13 | J | | |
| 344. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 345. Merck & Co. Inc. | A | Dividend | J | T | Sold (part) | 03/21/13 | J | A | |
| 346. Merck & Co. Inc. | A | Dividend | J | T | Sold (part) | 03/22/13 | J | A | |
| 347. Merrill Lynch 5 MITSR 168 mps | A | Interest | J | T | | | | | |
| 348. MGM Resorts International | A | Dividend | | | Sold (part) | 02/19/13 | J | A | |
| 349. MGM Resorts International | A | Dividend | | | Sold (part) | 03/14/13 | J | A | |
| 350. MGM Resorts International | A | Dividend | | | Sold | 06/17/13 | J | A | |
| 351. Micron Technology Inc. | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 352. Micron Technology Inc. | A | Dividend | | | Sold | 05/24/13 | J | A | |
| 353. Microsoft Corp. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 354. Monsanto Co. | A | Dividend | J | T | Buy | 02/22/13 | J | | |
| 355. Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 03/22/13 | J | | |
| 356. Monsanto Co. | A | Dividend | J | T | Buy (add'l) | 07/15/13 | J | | |
| 357. Monsanto Co. | A | Dividend | J | T | Sold (part) | 09/20/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Monsanto Co. | A | Dividend | J | T | Sold (part) | 09/23/13 | J | A | |
| 359. Monsanto Co. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | A | |
| 360. Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |
| 361. Morgan Stanley NY Municipal | A | Dividend | K | T | | | | | |
| 362. National-Oilwell Inc. | A | Dividend | | | Sold (part) | 02/08/13 | J | A | |
| 363. National-Oilwell Inc. | A | Dividend | | | Sold (part) | 05/30/13 | J | A | |
| 364. National-Oilwell Inc. | A | Dividend | | | Sold (part) | 06/19/13 | J | A | |
| 365. National-Oilwell Inc. | A | Dividend | | | Sold | 07/29/13 | J | A | |
| 366. Nike Inc. | A | Dividend | J | T | Buy | 12/03/13 | J | | |
| 367. Noble Energy Inc. | A | Dividend | J | T | Buy (add'l) | 02/25/13 | J | | |
| 368. Noble Energy Inc. | A | Dividend | J | T | Sold (part) | 04/08/13 | J | C | |
| 369. Noble Energy Inc. | A | Dividend | J | T | Sold (part) | 09/27/13 | J | C | |
| 370. Nustar Energy LP | A | Dividend | J | T | | | | | |
| 371. Nuveen Municipal Advantage | A | Interest | J | T | | | | | |
| 372. Nuveen New York Quality | A | Interest | J | T | | | | | |
| 373. Nuveen NY Amt Free Municipal | B | Interest | L | T | | | | | |
| 374. NV Energy Inc. | A | Dividend | | | Sold | 02/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. N.Y. State Urban Development Bonds | A | Interest | J | T | | | | | |
| 376. Occidental Petroleum Corp. | A | Dividend | K | T | Buy | 09/13/13 | K | | |
| 377. Oppenheimer Global Opportunity Fund | B | Dividend | M | T | | | | | |
| 378. Parker Hannifin Corp. | A | Dividend | J | T | Buy | 09/20/13 | J | | |
| 379. Parker Hannifin Corp. | A | Dividend | J | T | Buy (add'l) | 09/27/13 | J | | |
| 380. Partnerre Ltd. | A | Dividend | J | T | | | | | |
| 381. Patterson Cos Inc. | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 382. Patterson Cos Inc. | A | Dividend | J | T | Buy (add'l) | 07/01/13 | J | | |
| 383. Patterson Cos Inc. | A | Dividend | J | T | Buy (add'l) | 08/28/13 | J | | |
| 384. Pepsico Inc. | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 385. Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 09/20/13 | J | | |
| 386. Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 09/30/13 | J | | |
| 387. Petsmart | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 388. Petsmart | A | Dividend | J | T | Buy (add'l) | 02/28/13 | J | | |
| 389. Petsmart | A | Dividend | J | T | Sold (part) | 04/02/13 | J | A | |
| 390. Pfizer Inc. | A | Dividend | K | T | Sold (part) | 01/09/13 | J | D | |
| 391. Pfizer Inc. | A | Dividend | K | T | Sold (part) | 01/18/13 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Pfizer Inc. | A | Dividend | K | T | Sold (part) | 03/21/13 | J | D | |
| 393. Pfizer Inc. | A | Dividend | K | T | Sold (part) | 05/03/13 | J | D | |
| 394. Pfizer Inc. | A | Dividend | K | T | Sold (part) | 05/06/13 | J | D | |
| 395. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 06/07/13 | J | | |
| 396. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 08/15/13 | J | | |
| 397. Pfizer Inc. | A | Dividend | K | T | Buy (add'l) | 08/27/13 | J | | |
| 398. Pfizer Inc. | A | Dividend | K | T | Sold (part) | 09/26/13 | J | D | |
| 399. Pimco High Yield Fund | A | Dividend | N | T | Buy | 01/23/13 | J | | |
| 400. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 01/31/13 | J | | |
| 401. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 02/28/13 | J | | |
| 402. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 03/28/13 | J | | |
| 403. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 04/30/13 | J | | |
| 404. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 05/31/13 | J | | |
| 405. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 06/28/13 | J | | |
| 406. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 07/31/13 | J | | |
| 407. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 08/30/13 | J | | |
| 408. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 09/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 10/31/13 | J | | |
| 410. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 11/29/13 | J | | |
| 411. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 12/11/13 | J | | |
| 412. Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 12/31/13 | J | | |
| 413. Polaris Industries Inc. | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 414. Precision Castparts Corp. | A | Dividend | J | T | Sold (part) | 05/17/13 | J | C | |
| 415. Precision Castparts Corp. | A | Dividend | J | T | Sold (part) | 08/09/13 | J | C | |
| 416. Precision Castparts Corp. | A | Dividend | J | T | Sold (part) | 08/20/13 | J | C | |
| 417. Precision Castparts Corp. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | C | |
| 418. Precision Castparts Corp. | A | Dividend | J | T | Sold (part) | 10/02/13 | J | C | |
| 419. Precision Castparts Corp. | A | Dividend | J | T | Sold (part) | 10/18/13 | J | C | |
| 420. Priceline.com Inc. | A | Dividend | K | T | Buy | 04/15/13 | J | | |
| 421. Priceline.com Inc. | A | Dividend | K | T | Buy (add'l) | 04/18/13 | J | | |
| 422. Priceline.com Inc. | A | Dividend | K | T | Buy (add'l) | 04/19/13 | J | | |
| 423. Priceline.com Inc. | A | Dividend | K | T | Buy (add'l) | 05/24/13 | J | | |
| 424. Priceline.com Inc. | A | Dividend | K | T | Buy (add'l) | 06/14/13 | J | | |
| 425. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 02/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 05/22/13 | J | A | |
| 427. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 08/28/13 | J | A | |
| 428. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 09/03/13 | J | A | |
| 429. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 11/11/13 | J | A | |
| 430. Pulte Group Inc. | A | Dividend | J | T | Buy (add'l) | 07/22/13 | J | | |
| 431. Putnam New Opportunities | A | Dividend | K | T | | | | | |
| 432. Raytheon Company | A | Dividend | J | T | Buy | 10/23/13 | J | | |
| 433. Raytheon Company | A | Dividend | J | T | Buy (add'l) | 10/25/13 | J | | |
| 434. Raytheon Company | A | Dividend | J | T | Buy (add'l) | 11/22/13 | J | | |
| 435. Regal Entertainment | A | Dividend | J | T | Buy | 07/10/13 | J | | |
| 436. Rochester Fund - Mutual Fund (Oppenheimer (Funds) | D | Dividend | | | Sold | 01/03/13 | J | A | |
| 437. Safeway Inc. | A | Dividend | | | Buy | 03/22/13 | J | | |
| 438. Safeway Inc. | A | Dividend | | | Sold | 06/20/13 | J | A | |
| 439. Schlumberger Ltd. | A | Dividend | K | T | Sold (part) | 01/03/13 | J | D | |
| 440. Schlumberger Ltd | A | Dividend | K | T | Sold (part) | 05/01/13 | J | D | |
| 441. Schlumberger Ltd | A | Dividend | K | T | Buy (add'l) | 07/22/13 | J | | |
| 442. Schlumberger Ltd. | A | Dividend | K | T | Sold (part) | 10/18/13 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Schwab Govt Money Fund | A | Dividend | | | Buy | 01/22/13 | J | | |
| 444. Schwab Govt Money Fund | A | Dividend | | | Sold (part) | 01/23/13 | J | A | |
| 445. Schwab Govt Money Fund | A | Dividend | | | Sold | 01/25/13 | J | A | |
| 446. Seligman Communication - Mutual Fund | B | Dividend | J | T | | | | | |
| 447. Sherwin-Williams Co. | A | Dividend | J | T | Sold (part) | 06/14/13 | J | A | |
| 448. Sherwin-Williams Co. | A | Dividend | J | T | Buy (add'l) | 10/18/13 | J | | |
| 449. Sherwin-Williams Co. | A | Dividend | J | T | Buy (add'l) | 10/21/13 | J | | |
| 450. Spectra Energy | A | Dividend | J | T | | | | | |
| 451. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 04/23/13 | J | B | |
| 452. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 08/26/13 | J | B | |
| 453. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 454. Starz-A | A | Dividend | | | Sold | 10/28/13 | J | A | |
| 455. Stericycle Inc. | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 456. Stericycle Inc. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | A | |
| 457. Templeton Global Bond Fund | A | Dividend | M | T | Buy | 01/23/13 | J | | |
| 458. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 02/15/13 | J | | |
| 459. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 03/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 04/15/13 | J | | |
| 461. Templeton Global Bond Fund | A | Dividend | M | T | Sold (part) | 04/19/13 | J | A | |
| 462. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 04/19/13 | J | | |
| 463. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 05/15/13 | J | | |
| 464. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 06/17/13 | J | | |
| 465. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 07/15/13 | J | | |
| 466. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 08/15/13 | J | | |
| 467. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 09/16/13 | J | | |
| 468. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 10/15/13 | J | | |
| 469. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 11/15/13 | J | | |
| 470. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 12/16/13 | J | | |
| 471. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 01/23/13 | J | | |
| 472. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 01/31/13 | J | | |
| 473. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 02/28/13 | J | | |
| 474. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 03/28/13 | J | | |
| 475. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 04/30/13 | J | | |
| 476. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 05/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 06/28/13 | J | | |
| 478. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 07/31/13 | J | | |
| 479. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 08/30/13 | J | | |
| 480. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 09/30/13 | J | | |
| 481. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 10/31/13 | J | | |
| 482. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 11/29/13 | J | | |
| 483. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 12/31/13 | J | | |
| 484. Tibco Software Inc. | A | Dividend | | | Sold (part) | 01/07/13 | J | A | |
| 485. Tibco Software Inc. | A | Dividend | | | Sold (part) | 02/01/13 | J | A | |
| 486. Tibco Software Inc. | A | Dividend | | | Sold (part) | 02/08/13 | J | A | |
| 487. Tibco Software Inc. | A | Dividend | | | Sold | 04/19/13 | J | A | |
| 488. Time Warner Cable Inc. | A | Dividend | | | Sold (part) | 03/26/13 | J | A | |
| 489. Time Warner Cable Inc. | A | Dividend | | | Sold (part) | 07/01/13 | J | A | |
| 490. Time Warner Cable Inc. | A | Dividend | | | Sold (part) | 07/23/13 | J | A | |
| 491. Time Warner Cable Inc. | A | Dividend | | | Sold (part) | 08/15/13 | J | A | |
| 492. Time Warner Cable Inc. | A | Dividend | | | Sold | 08/16/13 | J | A | |
| 493. TJX Companies Inc. | A | Dividend | K | T | Buy (add'l) | 04/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 40

**Name of Person Reporting**

**Pollak, Cheryl L.**

**Date of Report**

12/19/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. TJX Companies Inc. | A | Dividend | K | T | Buy (add'l) | 04/10/13 | J | | |
| 495. TJX Companies Inc.. | A | Dividend | K | T | Sold (part) | 10/30/13 | J | D | |
| 496. Tyson Foods Inc. | A | Dividend | | | Sold (part) | 03/15/13 | J | A | |
| 497. Tyson Foods Inc. | A | Dividend | | | Sold (part) | 03/27/13 | J | A | |
| 498. Tyson Foods Inc. | A | Dividend | | | Sold (part) | 09/27/13 | J | A | |
| 499. Tyson Foods Inc. | A | Dividend | | | Sold | 09/30/13 | J | A | |
| 500. U.S. Savings Bonds for Children | A | Interest | J | T | | | | | |
| 501. U.S. Treasury Bills | A | Interest | L | T | | | | | |
| 502. U.S. Treasury Notes | B | Interest | K | T | | | | | |
| 503. U.S. Treasury Notes | B | Interest | K | T | | | | | |
| 504. U.S. Treasury Securities | D | Interest | L | T | | | | | |
| 505. U.S. Treasury Securities | D | Interest | L | T | | | | | |
| 506. US Bancorp. | A | Dividend | | | Buy (add'l) | 02/08/13 | J | | |
| 507. US Bancorp. | A | Dividend | | | Buy (add'l) | 02/11/13 | J | | |
| 508. US Bancorp. | A | Dividend | | | Sold (part) | 05/13/13 | J | A | |
| 509. US Bancorp. | A | Dividend | | | Sold | 06/14/13 | J | A | |
| 510. UBS Financial - Blackrock NY Municipal Trust | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and C3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 40

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

12/19/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. UBS Financial - Blackrock Muni Term Trust | A | Interest | J | T | | | | | |
| 512. UBS Financial - Powershares | A | Dividend | J | T | | | | | |
| 513. Ulta Salon Cosemetics & Fragrances | A | Dividend | | | Sold (part) | 02/19/13 | J | A | |
| 514. Ulta Salon Cosemetics & Fragrances | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 515. Union Pacific Corp. | A | Dividend | K | T | Sold (part) | 09/26/13 | J | C | |
| 516. United Technologies Corp. | A | Dividend | | | Sold | 01/10/13 | J | A | |
| 517. Unitedhealth Group Inc. | A | Dividend | | | Sold (part) | 01/07/13 | J | A | |
| 518. Unitedhealth Group Inc. | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |
| 519. Unitedhealth Group Inc. | A | Dividend | | | Sold (part) | 02/08/13 | J | A | |
| 520. Unitedhealth Group Inc. | A | Dividend | | | Sold (part) | 02/22/13 | J | A | |
| 521. Unitedhealth Group Inc. | A | Dividend | | | Sold (part) | 03/07/13 | J | A | |
| 522. Unitedhealth Group Inc. | A | Dividend | | | Sold (part) | 03/21/13 | J | A | |
| 523. Unitedhealth Group Inc. | A | Dividend | | | Sold (part) | 05/01/13 | J | A | |
| 524. Unitedhealth Group Inc. | A | Dividend | | | Sold | 05/14/13 | J | A | |
| 525. UTS Equity | A | Dividend | K | T | | | | | |
| 526. Valero Energy Corp. | A | Dividend | K | T | Buy | 02/08/13 | J | | |
| 527. Valero Energy Corp. | A | Dividend | K | T | Buy (add'l) | 02/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 40

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

12/19/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Valero Energy Corp. | A | Dividend | K | T | Sold (part) | 09/26/13 | J | C | |
| 529. Valero Energy Corp. | A | Dividend | K | T | Buy (add'l) | 10/31/13 | J | | |
| 530. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 01/31/13 | J | | |
| 531. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 02/28/13 | J | | |
| 532. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 03/28/13 | J | | |
| 533. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 04/30/13 | J | | |
| 534. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 05/31/13 | J | | |
| 535. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 06/28/13 | J | | |
| 536. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 07/31/13 | J | | |
| 537. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 08/30/13 | J | | |
| 538. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 09/30/13 | J | | |
| 539. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 10/31/13 | J | | |
| 540. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 11/29/13 | J | | |
| 541. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 12/31/13 | J | | |
| 542. Verisk Analytics Inc. | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 543. Verizon Communications Inc. | A | Dividend | J | T | Buy (add'l) | 02/19/13 | J | | |
| 544. Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Buy (add'l) | 07/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Viacom Inc. | A | Dividend | K | T | | | | | |
| 546. Visa Inc. | A | Dividend | J | T | Sold (part) | 03/20/13 | J | D | |
| 547. Visa Inc. | A | Dividend | J | T | Sold (part) | 05/01/13 | J | D | |
| 548. Visa Inc. | A | Dividend | J | T | Sold (part) | 06/28/13 | J | D | |
| 549. Wal-Mart Stores, Inc. | A | Dividend | J | T | Sold (part) | 01/10/13 | J | B | |
| 550. Wal-Mart Stores, Inc. | A | Dividend | J | T | Buy (add'l) | 03/27/13 | J | | |
| 551. Wal-Mart Stores, Inc. | A | Dividend | J | T | Buy (add'l) | 05/20/13 | J | | |
| 552. Wal-Mart Stores, Inc. | A | Dividend | J | T | Buy (add'l) | 05/28/13 | J | | |
| 553. Wal-Mart Stores, Inc. | A | Dividend | J | T | Sold (part) | 09/23/13 | J | B | |
| 554. Wal-Mart Stores, Inc. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 555. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 01/18/13 | J | D | |
| 556. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 09/10/13 | J | D | |
| 557. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 09/20/13 | J | D | |
| 558. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 09/27/13 | J | D | |
| 559. Wellpoint Inc. | A | Dividend | J | T | Sold (part) | 01/07/13 | J | C | |
| 560. Wellpoint Inc. | A | Dividend | J | T | Sold (part) | 01/11/13 | J | C | |
| 561. Wellpoint Inc. | A | Dividend | J | T | Sold (part) | 09/26/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Wellpoint Inc. | A | Dividend | J | T | Sold (part) | 11/14/13 | J | C | |
| 563. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 04/05/13 | J | D | |
| 564. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 05/20/13 | J | D | |
| 565. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 05/22/13 | J | D | |
| 566. Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 07/16/13 | J | | |
| 567. Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 07/22/13 | J | | |
| 568. Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 09/26/13 | J | D | |
| 569. Western Asset N.Y Muni Mrkt. | A | Interest | J | T | | | | | |
| 570. Westwood Income Oppty | A | Dividend | O | T | Buy (add'l) | 03/27/13 | J | | |
| 571. Westwood Income Oppty | A | Dividend | O | T | Buy (add'l) | 06/27/13 | J | | |
| 572. Westwood Income Oppty | A | Dividend | O | T | Buy (add'l) | 09/27/13 | J | | |
| 573. Westwood Income Oppty | A | Dividend | O | T | Buy (add'l) | 12/12/13 | J | | |
| 574. Westwood Income Oppty | A | Dividend | O | T | Buy (add'l) | 12/30/13 | J | | |
| 575. WW Grainger Inc. | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 576. WW Grainger Inc. | A | Dividend | J | T | Buy (add'l) | 04/08/13 | J | | |
| 577. WW Grainger Inc. | A | Dividend | J | T | Buy | 08/26/13 | J | | |
| 578. WW Grainger Inc. | A | Dividend | J | T | Buy (add'l) | 08/27/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. WW Grainger Inc. | A | Dividend | J | T | Sold (part) | 12/20/13 | J | A | |
| 580. WW Grainger Inc. | A | Dividend | J | T | Sold (part) | 12/23/13 | J | A | |
| 581. Xerox Corp. | A | Dividend | J | T | Buy | 11/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

312Part VII, Page 4, Line 13 - Rental Property Kiawah Island, SC - in November 2010, we purchased property on Kiawah Island, South Carolina. For the first two months we did not have rental income. For the reporting period 2011, the net income received was a negative amount. For 2012, the net rent was $29,512.88.

Part VII, Page 14, line 171 - CST Brands Inc. reflects sold on 5/3/13. On 5/2/13, Valero Energy Corp. (which is stock that we own) underwent a corporate action where for every 9 shares of Valero, holders received 1 share of CST Brands Inc. common stock. Then on 5/3/13, we sold that stock in CST Brands Inc.

Part VII, Page 30, line 451 - Starz-A reflects sold on 10/28/13. Effective 1/14/13, Liberty Media Corp. (which is stock that we own) spun off Liberty Spinco Inc. at a rate of 1 share of Liberty Spinco Inc. for every 1 share of Liberty Media Corp. held. The original position of Liberty Media Corp. was renamed Starz-Liberty Capital and Liberty Spinco shares were renamed Liberty Media Corporation. Effective 6/10/13, Starz-Liberty Capital underwent a name change to become Starz-A. On 10/28/13, we sold that stock in Starz-A

-----

In the 2012 Financial Disclosure Report, Part VII, Page 47, Lines 733-737 - Westwood Income Oppty and WHG Income Oppty Fd. were reported separately. WHG Income Oppty Fd is the same holding as Westwood Income Oppty and has been reflected correctly on this report.

----

Explanations on the amended report:

Inquired about "401(k) Retirement Accounts with Morgan Lewis & Bockius" - see corrections reflected on page 4 and 5, lines 1-16. He does not technically have a 401(k) account. His retirement funds are in the Morgan Lewis & Bockius Defined Conrtibution Plan, Morgan Lewis & Bockius Tax Saver Retirement Plan, and the Vanguard 500 Index Fund. Each of the first two plans allows him to select which of several funds to invest in. Based on conversations with staff in D.C., I have listed the individual funds, but he has no control over the stocks in which any of the individual funds invests.

Inquired about "Clearbridge Aggr Growth" - the correction is that it was deleted on this report. This holding was prematurely reflected on this report. It was acquired in 2014 and will be reflected in the 2014 report.

Inquired about "Municipal Bonds-NY State" - the correction is that this holding is described more accurately as Nuveen NY Amt Free Municipal. See correction reflected on page 25, line 373.

Inquired about "N.Y. State Urban Development Bonds" - this is a holding my husband acquired a very long time ago and we have no way of further describing it. In efforts of full disclosure, this holding has been disclosed as a precaution rather than omitting it from the report even though he is not sure he still owns it. See page 26, line 375.

Inquired about "New York Municipal Portfolio" - the correction is that this holding is described more accurately as Nuveen Municipal Advantage Fund. Since this asset was already reported on the report we have eliminated the duplication. See page 25, line 371.

Inquired about "Tax-Aware Overlay A Portfolio Class A" and "Tax-Aware Overlay N Portfolio Class I" - correction is reflected on page 10, line 104 and 105 with the full name.

Inquired about "UTS Equity" - this is also a holding my husband acquired a very long time ago and we have no way of further describing it. In efforts of full disclosure, this holding has been disclosed as a precaution rather than omitting it from the report even though he is not sure he still owns it. See page 34, line 525.

Inquired about "Vanguard" - correction is reflected on pages 35, lines 530 - 541 with the full name.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cheryl L. Pollak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544